```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

KOFI ASIMPI,                         )
          Plaintiff,                 )
                                     )
     v.                              )  C.A. No. 04-10117-DPW
                                     )
RELIEF RESOURCES, INC.,              )
          Defendant.                 )
```

                            ORDER

On January 16, 2004, plaintiff Kofi Asimpi, a resident of Allston, Massachusetts, filed an application to proceed without prepayment of the filing fee and a complaint alleging employment discrimination in violation of Title VII and Chapter 151B.  Complaint ¶¶ 3-12.  In orders dated March 4, 2004, I granted Asimpi's application to proceed without prepayment of fees but directed him to demonstrate good cause why this action should not be dismissed under Section 1915(e)(2) within 35 days because it was unclear from the complaint whether Asimpi had first filed his claims with either the Massachusetts Commission Against Discrimination ("MCAD") or the Equal Employment Opportunity Commission ("EEOC") and if this action had been filed within 90-days of Asimpi's receipt of a "right to sue" letter.  Docket No. 4.

On April 5, 2004, Asimpi timely filed a letter and a response, attaching decisions of MCAD and the EEOC and asserting that he had received his EEOC "right to sue" letter

on or about October 20, 2003.  See Docket Nos. 5, 6.

Based on his filings, I find that Asimpi has sufficiently demonstrated good cause for purposes of preliminary screening under Section 1915(e)(2) to allow this action to proceed and for a summons to issue.  I do not express any view at this time on whether Asimpi has adequately exhausted all of his claims or whether this complaint is timely filed.

## CONCLUSION

ACCORDINGLY, the Clerk shall issue a summons for defendant and the United States Marshal shall serve a summons, a copy of the complaint, a copy of the March 4, 2004 order granting plaintiff's application to proceed without prepayment of fees; the Memorandum and Order of March 4, 2004, plaintiff's letter and response of April 5, 2004, and a copy of this Order upon the defendant as directed by plaintiff will all costs of service to be advanced by the United States.
SO ORDERED.
Dated at Boston, Massachusetts, this  22nd   day of April , 2004.


s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE