| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>KOFI ASIMPI | COURT CASE NUMBER<br>04-10117-DPW |
|---|---|
| DEFENDANT<br>RELIEF RESOURCES, INC. | TYPE OF PROCESS<br>C.A. SUMMONS AND COMPLAINT |

FILED
IN CLERKS OFFICE
2004 JUN 18 P 2:28
U.S. DISTRICT COURT
DISTRICT OF MASS

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | RELIEF RESOURCES, INC. |
|   | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 104 RUSSEL STREET, P.O. BOX 538, HADLEY, MA 01035-0538 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KOFI ASIMPI
213 KELTON STREET
APT. #G-02
ALLSTON, MA 02134-4384

| Number of process to be served with this Form - 285 | ONE |
| Number of parties to be served in this case | ONE |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

TEL.# 1-800-639-5094. FAX # 413-586-7754

Signature of Attorney or other Originator requesting service on behalf of:
KOFI ASIMPI  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-566-2524
DATE: 29 APRIL 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>5/12/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
DOUG HAMMOND

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Hadley Crossing
4 Bay Road            ⟩ New Address For Co.
Hadley, MA

Date of Service: 6-15-04
Time: 1:45 pm
Signature of U.S. Marshal or Deputy: Marie C. M. #S279

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS
MAY BE USED             **1. CLERK OF THE COURT**             FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

KOFI ASIMPI

V.

RELIEF RESOURCES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10117-DPW

TO: (Name and address of Defendant)

RELIEF RESOURCES, INC.
104 Russell Street-Box 538
Hadley, MA 01035

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KOFI ASIMPI
213 Kelton Street #G-02
Alston, MA 02134

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 4/23/84