UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JUL 15 P 12: 33

C.A. No. 04-10117-DPW

U.S. DISTRICT COURT
DISTRICT OF MASS.

KOFI ASIMPI,
Plaintiff

v.

RELIEF RESOURCES, INC.,
Defendant

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT (L.R. 7.3)

The defendant, RELIEF RESOURCES, Inc., hereby makes the following disclosure pursuant to Local Rule 7.3:

1. The is no parent corporation to Relief Resources, Inc.
2. No publicly held company owns any stock in Relief Resources, Inc.

Dated:   July 14, 2004

RESPONDENT, RELIEF RESOURCES, INC.,
By It's Attorneys,

_____
Alan Seewald
BBO # 546790
SEEWALD, JANKOWSKI & SPENCER, P.C.
Five East Pleasant Street
Amherst, Massachusetts 01002
Telephone: (413) 549-0041
Facsimile: (413) 549-3818
Email: Alan.Seewald@SeewaldJankowski.com

### CERTIFICATE OF SERVICE

This will certify that the foregoing document was served on all counsel-of-record/parties appearing pro se by regular mail/hand-delivery on 7/14/04