UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KOFI ASIMPI            )
              Plaintiff,  )
                       )
V.                     )   Civil Action No. 04-10117 DPW
                       )
RELIEF RESURCES, INC.  )
              Defendant. )

### A MOTION TO RESCHEDULE CONFERENCE, ORDER FOR JOINT STATEMENT AND CERTIFICATIONS AND ORDER FOR ELECTRONIC RILING

This motion is to appeal to the court to reschedule the above-captioned initial SCHEDULING CONFERENCE to be held in Courtroom No. 1, on the Third floor of the MOAKLEY U. S. COURTHOUSE AT FAN PIER (One Courthouse Way, Boston, MA) at 3:00 p.m. on **Thursday, August 26, 2004.** This is to enable me to attend.

I have been sick and in constant pain for some time now and if my current condition, which has aggravated for the past three to four weeks, remains unchanged or even gets worse, I may not be in a position to attend the conference. I am therefore humbly asking the court to reschedule the conference for a future date.

Date: August 17, 2004                     Respectfully submitted.

                                          *[signature]*
                                          Kofi Asimpi
                                          213 Kelton Street
                                          Apt. # G-02
                                          Allston, MA 02134-4384

                                          Tel.: 617-566-2524