UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-10117-DPW

KORI ASIMPI,
Plaintiff

v.

RELIEF RESOURCES, INC.
Defendant

## JOINT STATEMENT [L.R. 16.1 (D)]

Now come the parties to the above-referenced matter, and hereby file the following Joint Statement in accordance with L.R. 16.1 (D):

**MOTION SCHEDULE**

| 1 | Motion for Summary Judgment | filed 180 days |
| 2 | Opposition to Motion for Summary Judgment | 45 days after service |

**DISCOVERY PLAN**

| 1 | Paper Discovery | 120 days (concurrent with non-expert depositions) |
| 2 | Depositions (Non-Expert) | 120 days (concurrent with paper discovery) |
| 3 | Plaintiff's Expert Disclosure | 30 days completion of paper and deposition discovery |
| 4 | Defendants' Expert Disclosure | 30 days after plaintiff's expert disclosure |
| 5 | Expert Depositions | 30 days after defendant's expert disclosure |

The parties agree to the proposed pre-trial schedule above, provided, however, that by agreeing to this schedule, the parties do not waive any opposition to discovery or any arguments that

-1-

discovery may not be proper regarding all or some of the issues raised in this litigation.  The parties anticipate that it is possible that the parties may be able to agree on the record.

The parties do not agree at this time to a trial by magistrate judge under F.R.Civ.P. 73.

**DATED:**

**/s/ Kofi Asimpi**

**KOFI ASIMPI
213 Kelton Street # G-02
Alston, Massachusetts 02134
(617) 566-2524**

**Defendant,
RELIEF RESOURCES, INC.,
By Its Attorneys,**

**/s/ Alan Seewald**

**Alan Seewald  BBO No. 546790
SEEWALD, JANKOWSKI & SPENCER, P.C.
Five East Pleasant Street
Amherst, Massachusetts 01002
Telephone:  (413) 549-0041
Facsimile: (413) 549-3818
Email: Alan.Seewald@SeewaldJankowski.com**