UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KOFI ASIMPI,
      Plaintiff

CIVIL ACTION NO. 04-10117-DPW

v.

RELIEF RESOURCES, INC.,
   Defendant

## SCHEDULING ORDER

WOODLOCK, D.J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The above-entitled action having been heard on September 22, 2004, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1)    expert discovery is deferred pending ruling on any dispositive motion;

(2)    discovery is to be completed by **JANUARY 28, 2005**, unless shortened or enlarged by Order of this Court;

(3)    motions for summary judgment are to be filed by **MARCH 1, 2005**, after completion of the necessary discovery and responses are to be filed by **MARCH 28, 2005**, and all filings must conform to the requirements of Local Rule 56.1;

(4)    **ELECTRONIC FILING**: All future submissions in this case are subject to electronic filing and all counsel who choose to appear must make arrangements to register for participation in electronic case filing, if they have not already done so. In addition to electronically filing any pleading, counsel shall also file all submissions relating to dispositive matters with the Court in hard copy, clearly marked **"Courtesy Copy - Do Not Scan"** on the cover page of each pleading/submission. Notices, orders and

>   memoranda of the Court will only be filed and served electronically. Plaintiff is relieved of the obligations of electronic filing, but may elect to do so if he chooses;
>
> (5)  A further scheduling/status conference or motion hearing will be set at a later time, if necessary.

All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

By the Court,

/s/ Rebecca Greenberg
Deputy Clerk

DATED:  September 22, 2004