UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-10117-DPW

KORI ASIMPI,
    Plaintiff

v.

RELIEF RESOURCES, INC.
Defendant

**CERTIFICATION RECITING COMPLIANCE WITH LOCAL RULE 16.1 (D) (3)**

Now comes the defendant, RELIEF RESOURCES, by Douglas Hammond, President, and hereby certifies that he and his counsel have conferred a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses — of litigation, and b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

DATED: *Sept. 3, 2004*

_____
DOUGLAS HAMMOND
President
Relief Resources, Inc.

_____
Alan Seewald   BBO No. 546790
Attorney for Defendant
SEEWALD, JANKOWSKI & SPENCER, P.C.
Five East Pleasant Street
Amherst, Massachusetts 01002
Telephone:  (413) 549-0041
Facsimile:  (413) 549-3818
Email: Alan.Seewald@SeewaldJankowski.com

CERTIFICATE OF SERVICE
This will certify that the foregoing document was served on all counsel of record/parties appearing pro se by regular mail/hand delivery on 9/7/04