UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED*
*CLERKS OFFICE*

2005 FEB 17 P 1: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| KOFI ASIMPI | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil Action No.  04-10117 DPW |
| | ) | |
| RELIEF RESURCES, INC. | ) | |
| Defendant. | ) | |

## MOTION FOR SUMMARY JUDGMENT

Enclosed please find a motion in which I am appealing to the court to enter, with regard to the above-referenced case, a finding of probable cause for unlawful retaliation against the Plaintiff by the Defendant and for a summary judgment to be given in the Plaintiff's favour.

Date:  14 February, 2005

Respectfully submitted.

Kofi Asimpi
213 Kelton Street
Apt. # G-02
Allston, MA 02134-4384

Tel.: 617-566-2524

P.S.: Please pardon me for the uneven paragraph spacings and the unnecessary horizontal lines found in the motion document. All my attempts to correct the paragraph spacing problems and to delete the lines have proved futile.

cc.: Alan Seewald, Esq.,
    Counsel for Relief Resources, Inc.
    Seewald, Jankowski & Spencer, P.C.
    Five East Pleasant Street
    Amherst, MA 01002