```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

                                        C.A. No. 04-10117-DPW


                   KOFI ASIMPI,
                     Plaintiff

                         v.

                RELIEF RESOURCES, INC.,
                      Defendant
```

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND TO FILE THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MATERIALS**

Now comes the defendant, RELIEF RESOURCES, INC., and hereby moves this Honorable Court to enlarge the time until March 4, 2005, for the filing of the Defendant's Opposition to Plaintiff's Motion for Summary Judgment, which is currently due on March 3, 2005, and for the filing of the Defendant's Motion for Summary Judgment and materials in support thereof.  As reason for this motion, the defendant states the following:  An associate to counsel for the defendant, Kristi A. Bodin, who has been preparing the opposition to the plaintiff's motion, suffered the death of her aunt in Silver Springs, Maryland.  Therefore, the completion of the opposition to plaintiff's motion has been delayed.  The defendant submits that given the relatedness of the opposition to the plaintiff's motion for summary judgment and the motion to be filed by the defendant, the two pleadings should be filed simultaneously.

WHEREFORE, the defendant, RELIEF RESOURCES, INC., hereby moves for enlargement of time to March 4, 2005.

**Dated:    February 28, 2005**

                    **Defendant, RELIEF RESOURCES, INC.,
               By It's Attorneys,**

                            **/s/ Alan Seewald**
                    _____
                              **Alan Seewald
                    BBO # 546790
          SEEWALD, JANKOWSKI & SPENCER, P.C.
               Five East Pleasant Street
             Amherst, Massachusetts 01002
                Telephone: (413) 549-0041
                Facsimile: (413) 549-3818
          Email: Alan.Seewald@SeewaldJankowski.com**

Certificate of Service

This will certify that a true copy of the foregoing document was served on the plaintiff, pro se, by mailing a true copy, by first class mail, postage prepaid, on this 28th day of February, 2005.

/s/ Alan Seewald
_____

Alan Seewald___