UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-10117-DPW

KOFI ASIMPI,
Plaintiff

v.

RELIEF RESOURCES, INC.,
Defendant

## NOTICE OF APPEARANCE

TO THE CLERK, UNITED STATES DISTRICT COURT:

Please enter my appearance on the docket as additional counsel for all of the defendants in the above-referenced action.

　　　　　　　　　　/s/ Kristi A. Bodin
　　　　　　　Kristi A. Bodin, BBO # 566802
　　　　　SEEWALD, JANKOWSKI & SPENCER, P.C.
　　　　　　　　Five East Pleasant Street
　　　　　　　Amherst, Massachusetts 01002
　　　　　　　　Telephone: (413) 549-0041
　　　　　　　　Facsimile: (413) 549-3818
　　　　　　　　Email: KAB@SJSAmherst.com

**Dated: March 3, 2005**

　　　**CERTIFICATE OF SERVICE**
**This will certify that the foregoing document was
served on the pro se plaintiff by regular mail
on March 3, 2005**

　　　　　　　/s/Kristi A. Bodin

-1-