**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

C.A. No. 04-10117-DPW

**KOFI ASIMPI,**
**Plaintiff**

**v.**

**RELIEF RESOURCES, INC.,**
**Defendant**

---

**DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND TO FILE THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MATERIALS**

---

Now comes the defendant, RELIEF RESOURCES, INC., and hereby moves this Honorable Court to enlarge the time until March 11, 2005, for the filing of the Defendant's Opposition to Plaintiff's Motion for Summary Judgment, which is currently due on March 4, 2005, and for the filing of the Defendant's Motion for Summary Judgment and materials in support thereof. As reason for this motion, the defendant states the following: On February 28, 2005, the plaintiff filed and served a 23 page document entitled "Supplement to Plaintiff's Motion for Summary Judgment," which was accompanied by ten (10) additional Exhibits. Upon brief review, these documents present new and significantly different arguments and theories than those contained in plaintiff's initial Motion for Summary Judgment. Therefore, the substance of the defendant's opposition to plaintiff's motion and the substance of the defendant's motion for summary judgment must be reviewed and revised in light of this additional material from the plaintiff. Additional time will be required for this. The

defendant further submits that given the relatedness of the opposition to the plaintiff's motion for summary judgment and the motion to be filed by the defendant, the two pleadings should be filed simultaneously.

WHEREFORE, the defendant, RELIEF RESOURCES, INC., hereby moves for enlargement of time to March 11, 2005.


**Dated:    March 3, 2005**


**Defendant, RELIEF RESOURCES, INC.,
By It's Attorneys,**


**/s/ Kristi A. Bodin**
**Alan Seewald, BBO # 546790**
**Kristi A. Bodin, BBO #566802**
**SEEWALD, JANKOWSKI & SPENCER, P.C.**
**Five East Pleasant Street**
**Amherst, Massachusetts 01002**
**Telephone: (413) 549-0041**
**Facsimile: (413) 549-3818**
**Email: Alan.Seewald@SeewaldJankowski.com**


Certificate of Service

This will certify that a true copy of the foregoing document was served on the plaintiff, pro se, by mailing a true copy, by first class mail, postage prepaid, on this 3rd day of March, 2005.

/s/ Kristi A. Bodin

-2-