**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

C.A. No. 04-10117-DPW

**KOFI ASIMPI,**
**Plaintiff**

**v.**

**RELIEF RESOURCES, INC.,**
**Defendant**

---

**DEFENDANT'S STATEMENT OF MATERIAL FACTS IN ISSUE**

---

Now comes the defendant, RELIEF RESOURCES, INC., and submits
the following as its Statement of Material Facts in Issue in this
case, as required by Local Rule 56.1 and in opposition to the
plaintiff's motion for summary judgment:

**PREFATORY STATEMENT**

The pro se plaintiff has failed to include any statement of
material facts not in dispute with his motion for summary
judgment, as required by Local Rule 56.1.  Because of this, it
is virtually impossible for the defendant to ascertain which of
the many "facts" asserted in the plaintiff's motion and
memorandum are considered by the plaintiff to either material or
to be undisputed.  A summary of the material facts in this matter
which the defendant believes are undisputed is set forth in the
*Defendant's Statement as to Material Facts Not in Genuine*
*Dispute*, which was submitted in support of the defendant's Motion
for Summary Judgment.

-1-

Subject to this limitation, the defendant submits that, based on the materials presented in the plaintiff's Motion for Summary Judgment and in his Supplement to that motion, the following issues are disputed.  However, the defendant's statement regarding these disputed issues is not intended as an admission that they are material to the resolution of this case.

### ISSUES IN DISPUTE

1.   Whether or not some or any of the materials and statements provided by the defendants to the MCAD were "illegitimate," "fabricated," or otherwise untrue.

2.   Whether or not some or any of the plaintiff's former attorney's acts or omissions caused the failure of the plaintiff's claims before the MCAD.

3.   Whether or not some or any of the actions by the MCAD hearing officer caused the failure of the plaintiff's claims before the MCAD.

**Dated:    March 11, 2005**

> **Defendant, RELIEF RESOURCES, INC.,**
> **By Its Attorneys,**
>
>
> **/s/ Kristi A. Bodin**
> **Alan Seewald, BBO # 546790**
> **Kristi A. Bodin, BBO # 566802**
> **SEEWALD, JANKOWSKI & SPENCER, P.C.**
> **Five East Pleasant Street**
> **Amherst, Massachusetts 01002**
> **Telephone: (413) 549-0041**
> **Facsimile: (413) 549-3818**
> **Email: AS@SJSAmherst.com**

**<u>Certificate of service</u>**

I hereby certify that on this day, I
served a copy of the foregoing documents
upon the parties in this action by
mailing, first class postage prepaid, to
the pro se plaintiff.

Signed under the penalties of perjury,

/s/Kristi A.  Bodin

Dated: March 11, 2005