UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-10117-DPW

KOFI ASIMPI,
Plaintiff

v.

RELIEF RESOURCES, INC.,
Defendant

## AFFIDAVIT OF ALAN SEEWALD

The undersigned, Alan Seewald, first being duly sworn, on oath, deposes and states the following:

1. My name is Alan Seewald. I am and for all relevant times I have been counsel to the defendant, Relief Resources, Inc. I am and attorney admitted to practice in the Commonwealth of Massachusetts, the U.S. First Circuit Court of Appeals, and the United States District Court for the District of Massachusetts.

2. Attached hereto as Exhibit A is a true and complete copy of the transcript of the deposition taken of the defendant, Kofi Asimpi, on November 9, 2000.

3. Attached hereto as Exhibit B is a true and complete copy of the Respondent's (Relief Resources) Answers to Interrogatories from the Complainant.

4.

Signed under the pains and penalties of perjury on this 11th day of March, 2005.

**/s/ Alan Seewald**
_____
**Alan Seewald**