UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-10117-DPW

**KOFI ASIMPI,**
   **Plaintiff**

v.

**RELIEF RESOURCES, INC.,**
   **Defendant**

---

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the defendant, RELIEF RESOURCES, INC., and hereby moves for the entry of summary judgment in its favor in accordance with F.R.Civ.P. 56 (c).  As reasons for this motion, the defendant states that there are no material facts in genuine dispute and that the defendant is entitled to judgment as a matter of law.  In support of this motion, the defendant files herewith the following:

- Defendant's Statement as to Material Facts Not in Genuine Dispute;
- Affidavit of Douglas Hammond;
- Affidavit of Alan Seewald, and;
- Memorandum in Support of Defendant's Motion for Summary Judgment.

**Dated:     March 14, 2005**

                **Defendant, RELIEF RESOURCES, INC.,
                  By It's Attorneys,**

                        **/s/ Alan Seewald**
           _____
                       **Alan Seewald
                    BBO # 546790
         SEEWALD, JANKOWSKI & SPENCER, P.C.
              Five East Pleasant Street
             Amherst, Massachusetts 01002
               Telephone: (413) 549-0041
               Facsimile: (413) 549-3818
                Email: AS@SJSAmherst.com**