UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOFI ASIMPI<br>    PLAINTIFF<br><br>v<br><br>RELIEF RESOURCES, INC.<br>    DEFENDANT | CIVIL ACTION NO. 04-10117-DPW |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, KOF ASIMPI, and hereby moves that the United States District Court, District of Massachusetts, presided over by Justice Douglas P. Woodlock, Esq., issue a summary judgment in favor of the Plaintiff as stipulated by F.R. Civ. P. 56 (c). The Defendant, Relief Resources, Inc., has no material facts in genuine dispute and, therefore, the Plaintiff appeals for summary judgment as the law requires.

The attached documents are submitted in support of the Plaintiff's motion:

1. Plaintiff's Statement as to Material Facts Not in Genuine Dispute;
2. Plaintiff's Memorandum in Support of his Motion for Summary Judgment;
3. Plaintiff's Affidavit.

Pro Se Plaintiff

Kofi Asimpi
218 Kelton Street
Apt. # G-02
Allston, MA 02134-4384
Tel.: 617-566-2524

Dated: the 1st day of April 2005

1