UNITED STATES DISSTRICT COURT
DISTRICT OF MASSACHUSETTS

KOFI ASIMPI )
   PLAINTIFF )
)
V. )
) C. A. NO. 04-10117-DPW
)
RELIEFF RESOURCES, INC. )
   DEFENDANT )

### PLAINTIFF'S MOTION FOR PERMISSION TO REFILE MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS

Now comes the Plaintiff, KOFI ASIMPI, and hereby craves the Court's indulgence to permit him to re-file his Motion for Summary Judgment and its supporting documents in the light of Local Rule 56.1 requirements. It was not at all the Plaintiff's intention to disregard the requirements of Local Rule 56.1 when he originally filed his Motion for Summary Judgment. Rather it was a misunderstanding on his part. Allowing the Plaintiff to re-file his motion for Summary Judgment, therefore, will allow him the obligation to comply with the procedural rules of Local Rule 56.1.

WHEREFORE, the Plaintiff, KOFI ASIMPI, hereby moves for permission to re-file his Motion for Summary Judgment.

Dated: March 31, 2005

Respectfully submitted,

Pro Se Plaintiff

*[signature]*
Kofi Asimpi
213 Kelton Street
Apt. # G-02
Allston, MA 02134-4384
Tel.: 617-566-2524

### Certificate of Service

I, Kofi Asimpi, hereby certify that on this _____ day of March, 2005, I did serve a copy of the above-referenced document, by First Class Mail, postage prepaid, upon counsel for the Defendant, Alan Seewald, Esq., and Kristi A. Bodin, Esq.