UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KOFI ASIMPI            )
              Plaintiff )
                       )
V.                     )    Civil Action No. 04-10117 DPW
                       )
RELIEF RESURCES, INC.  )
              Defendant )

### PLAINTIFF'S MOTION FOR EXTENTION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ITS SUPPORTING DOCUMENTS

Now comes the Plaintiff, KOFI ASIMPI, and hereby moves this honourable court to extend the time to Friday, April 01, 2005, to enable the Plaintiff to file his Opposition to Defendant's Motion for Summary Judgment and its supporting documents, whose deadline is Friday, March 25, 2005.

The Plaintiff has been sick for the past week and is unable to sit up now to do any serious writing. Secondly, the Plaintiff received the Defendant's motion and supplementary documents, which were mailed on March 14 (according to the post-mark), on Wednesday, March 16, 2005. Having inquired from the Court office, the Plaintiff was informed that he had fourteen days to file his above-referenced documents, beginning from March 11, 2005, the date the Defendant electronically filed his papers with the Court.

The Plaintiff therefore needs extra time to enable him prepare and file the necessary documents.

WHEREFORE, the Plaintiff, KOFI ASIMPI, hereby moves for extension of time to Friday, April 01, 2005.

Dated: March 22, 2005.

PRO SE PLAINTIFF

_____
Kofi Asimpi
213 Kelton Street, # G-02
Allston, MA 02134-4384
Tel.: 617-566-2524

Certificate of Service

This certifies that a true copy of the foregoing document was served on the Defendant by First Class Mail on this Tuesday, March 22, 2005.