UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KOFI ASIMPI,
    Plaintiff

 v.

RELIEF RESOURCES, INC.,
    Defendant

CIVIL ACTION NO. 04-10117-DPW

**JUDGMENT**

WOODLOCK, District Judge

    In accordance with this Court's ruling on August 5, 2005, granting the Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment, for the reasons stated on the record in open court, it is hereby ORDERED, ADJUDGED AND DECREED:

    **Judgment for the Defendant against the Plaintiff.**

                                       BY THE COURT,

                                       /s/ Michelle Rynne
                                       Deputy Clerk

DATED: August 5, 2005