# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10117

Kofi Asimpi

v.

Relief Resources, Inc.

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/6/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 29, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/29/05.

*[signature]*

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10117-DPW

Asimpi v. Relief Resources, Inc.
Assigned to: Judge Douglas P. Woodlock
Cause: 42:1981 Job Discrimination (Race)

Date Filed: 01/16/2004
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Rev. Dr. Kofi Asimpi** represented by **Kofi Asimpi**
213 Kelton Street
Apt G-02
Allston, MA 02134-4317
PRO SE

V.

**Defendant**

**Relief Resources, Inc.** represented by **Alan Seewald**
Seewald & Jankowski
5 East Pleasant Street
Amherst, MA 01002
413-549-0041
Fax: 413-549-3818
Email: alan.seewald@seewaldjankowski.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi A. Bodin**
Seewald, Jankowski & Spencer PC

Five East Pleasant Street
Amherst, MA 01002
413-549-0041
Fax: 413-549-3818
Email:
kristi.bodin@seewaldjankowski.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Kofi Asimpi.(Rynne, Michelle) Additional attachment(s) added on 1/23/2004 (Rynne, Michelle). (Entered: 01/23/2004) |
| 01/16/2004 | 2 | COMPLAINT against Relief Resources, Inc., filed by Kofi Asimpi.(Rynne, Michelle) (Entered: 01/23/2004) |
| 01/16/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Rynne, Michelle) (Entered: 01/23/2004) |
| 03/04/2004 | 3 | Judge Douglas P. Woodlock : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. The complaint shall be dismissed pursuant to 28 U.S.C. s. 1915(e)(2) without further notice after thirty-five days from the date of this Order, unless before that time plaintiff demonstrates good cause, in writing, why this case should not be dismissed for the reasons stated in the accompanying memorandum. (Weissman, Linn) (Entered: 03/04/2004) |
| 03/04/2004 | 4 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered. Plaintiff is directed to demonstrate good cause, within 35 days of the date of this order, why this action should not be dismissed under 28 U.S.C. s. 1915(e)(2) for the reasons stated |

| | | |
|---|---|---|
| | | above. SO ORDERED. (Weissman, Linn) (Entered: 03/04/2004) |
| 03/04/2004 | ● | Remark: Docket numbers 3 and 4 mailed to plaintiff. (Weissman, Linn) (Entered: 03/04/2004) |
| 03/04/2004 | ● | Set Deadlines/Hearings: Show Cause Response due by 4/8/2004. (Weissman, Linn) (Entered: 03/04/2004) |
| 04/05/2004 | 5 | Letter/request (non-motion) from Kofi Asimpi. (Rynne, Michelle) (Entered: 04/09/2004) |
| 04/05/2004 | 6 | Response by Kofi Asimpi to 4 Memorandum & ORDER. (Rynne, Michelle) (Entered: 04/09/2004) |
| 04/22/2004 | 7 | Judge Douglas P. Woodlock: ORDER entered re: 5 Letter/request (non-motion), and 6 Response filed by Kofi Asimpi to the March 5, 2004 Memorandum and Order. The Clerk shall issue a summons for defendant and the United States Marshal shall serve the summons, a copy of the complaint, a copy of the March 4, 2004 Order granting plaintiff's application to proceed without prepayment of fees; the Memorandum and Order of March 4, 2004; plaintiff's letter and response of April 5, 2004; and a copy of this Order upon the defendant as directed by plaintiff will all costs of service to be advanced by the United States. (Weissman, Linn) (Entered: 04/23/2004) |
| 04/23/2004 | ● | Summons Issued as to Relief Resources, Inc. (Weissman, Linn) (Entered: 04/23/2004) |
| 06/18/2004 | 8 | SUMMONS Returned Executed: Relief Resources, Inc. served on 6/15/2004, answer due 7/5/2004. (Rynne, Michelle) (Entered: 06/28/2004) |
| 07/15/2004 | 9 | ANSWER to Complaint by Relief Resources, Inc. (Rynne, Michelle) (Entered: 07/19/2004) |
| 07/15/2004 | 10 | CORPORATE DISCLOSURE STATEMENT by Relief Resources, Inc. (Rynne, Michelle) (Entered: 07/19/2004) |

| | | |
|---|---|---|
| 07/21/2004 | ●11 | NOTICE of Scheduling Conference: Scheduling Conference set for 8/26/2004 at 3:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Greenberg, Rebecca) (Entered: 07/21/2004) |
| 08/17/2004 | ●12 | MOTION to Continue Scheduling Conference by Kofi Asimpi.(Rynne, Michelle) (Entered: 08/20/2004) |
| 08/18/2004 | ● | Electronic Notice Resetting or Cancelling Hearing. Hearing rescheduled or cancelled: Initial Scheduling Conference to: from 8/26/04 to SEPTEMBER 22, 2004 AT 2:30 P.M. (Greenberg, Rebecca) (Entered: 08/18/2004) |
| 08/23/2004 | ● | Judge Douglas P. Woodlock : Electronic ORDER entered granting 12 Motion to Continue Conference. The conference was previously re-set to 9/22/04. (Greenberg, Rebecca) (Entered: 08/23/2004) |
| 09/03/2004 | ●15 | Settlement Proposal by Kofi Asimpi. (Rynne, Michelle) (Entered: 09/27/2004) |
| 09/07/2004 | ●13 | First JOINT STATEMENT re: Scheduling Conference. (Seewald, Alan) Text Modified on 9/8/2004 (Rynne, Michelle). Additional attachment(s) added on 9/8/2004 (Rynne, Michelle). (Entered: 09/07/2004) |
| 09/09/2004 | ●16 | CERTIFICATION pursuant to Local Rule 16.1 by Relief Resources, Inc.(Rynne, Michelle) (Entered: 09/28/2004) |
| 09/22/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Scheduling Conference held on 9/22/2004. Schedule set. See Scheduling Order for further details [Remark: Order handed to Plaintiff after recess]. (Court Reporter Pam Owens.) (Greenberg, Rebecca) (Entered: 09/22/2004) |
| 09/22/2004 | ●14 | Judge Douglas P. Woodlock : ORDER entered: SCHEDULING ORDER: expert discovery is deferred |

| | | |
|---|---|---|
| | | pending ruling on any dispositive motion; discovery is to be completed by JANUARY 28, 2005, unless shortened or enlarged by Order of this Court; motions for summary judgment are to be filed by MARCH 1, 2005, after completion of the necessary discovery and responses are to be filed by MARCH 28, 2005, and all filings must conform to the requirements of Local Rule 56.1;ELECTRONIC FILING: All future submissions in this case are subject to electronic filing and all counsel who choose to appear must make arrangements to register for participation in electronic case filing, if they have not already done so. In addition to electronically filing any pleading, counsel shall also file all submissions relating to dispositive matters with the Court in hard copy, clearly marked "Courtesy Copy - Do Not Scan" on the cover page of each pleading/submission. Notices, orders and memoranda of the Court will only be filed and served electronically. Plaintiff is relieved of the obligations of electronic filing, but may elect to do so if he chooses; A further scheduling/status conference or motion hearing will be set at a later time, if necessary. (Greenberg, Rebecca) Modified on 9/22/2004 to correct typo.(Greenberg, Rebecca). (Entered: 09/22/2004) |
| 02/17/2005 | 17 | MOTION for Summary Judgment by Kofi Asimpi. (Nici, Richard) (Entered: 02/18/2005) |
| 02/17/2005 | 18 | MOTION for Summary Judgment (TREATED AS MEMORANUDM IN SUPPORT OF 17 MOTION FOR SUMAMRY JUDGEMENT) by Kofi Asimpi. (Nici, Richard) Text/linkage Modified on 3/1/2005 (Rynne, Michelle). (Entered: 02/18/2005) |
| 02/17/2005 | 19 | STATEMENT of facts. (Attachments: # 1 Part 2) (Nici, Richard) (Entered: 02/18/2005) |
| 02/28/2005 | 20 | MOTION for Extension of Time to March 4, 2005 to |

|  |  |  |
|---|---|---|
|  |  | File *Opposition to Plaintiff's Motion for Summary Judgment and to File the Defendant's Motion for Summary Judgment* by Relief Resources, Inc.. (Seewald, Alan) (Entered: 02/28/2005) |
| 03/01/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 20 Motion for Extension of Time to File: defendant's motion for summary judgment and defendant's response to plaintiff's motion for summary judgment due 3/4/05. (Rynne, Michelle) (Entered: 03/01/2005) |
| 03/03/2005 | 21 | NOTICE of Appearance by Kristi A. Bodin on behalf of Relief Resources, Inc. (Bodin, Kristi) Additional attachment(s) added on 3/7/2005 (Nici, Richard). (Entered: 03/03/2005) |
| 03/03/2005 | 22 | Second MOTION for Extension of Time to 03/11/2005 to File opposition to Plaintiff's Motion for summary judgment and file defendant's motion for summary judgment by Relief Resources, Inc..(Bodin, Kristi) Additional attachment(s) added on 3/7/2005 (Nici, Richard). (Entered: 03/03/2005) |
| 03/07/2005 |  | Notice of correction to docket made by Court staff. Correction: documents 21 & 22 were replaced. corrected because: Signed documents replaced unsigned documents. (Nici, Richard) (Entered: 03/07/2005) |
| 03/07/2005 | 23 | Supplement to Plantiff's MOTION for Summary Judgment by Kofi Asimpi. (Attachments: # 1 Exhibit) (Nici, Richard) (Entered: 03/08/2005) |
| 03/08/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 22 Motion for Extension of Time; response to motion for summary judgment and filing of defendant's motion for summary judgment due 3/11/05. (Rynne, Michelle) (Entered: 03/08/2005) |
| 03/11/2005 | 24 | Opposition re 18 MOTION for Summary Judgment, |

| | | |
|---|---|---|
| | | 23 MOTION for Summary Judgment, 17 MOTION for Summary Judgment filed by Relief Resources, Inc.. (Bodin, Kristi) (Entered: 03/11/2005) |
| 03/11/2005 | 25 | STATEMENT of facts *in issue pursuant to L.R. 56.1*. (Bodin, Kristi) (Entered: 03/11/2005) |
| 03/11/2005 | 26 | MOTION for Summary Judgment by Relief Resources, Inc.. (Attachments: # (1) memorandum in support# (2) Statement of facts in support# 3 Affidavit Hammond# 4 Affidavit Seewald aff)(Bodin, Kristi) Additional attachment(s) added on 3/14/2005 (Nici, Richard). (Entered: 03/11/2005) |
| 04/01/2005 | 28 | MOTION for Summary Judgment by Kofi Asimpi. (Nici, Richard) (Entered: 04/06/2005) |
| 04/01/2005 | 29 | MEMORANDUM in Support re 28 MOTION for Summary Judgment filed by Kofi Asimpi. (Nici, Richard) (Entered: 04/06/2005) |
| 04/01/2005 | 30 | Plantiff's MOTION for permission to refile motion for summary judgement and supporting documents Kofi Asimpi.(Nici, Richard) (Entered: 04/06/2005) |
| 04/01/2005 | 31 | Plaintiff's MOTION for Extension of Time to April 1, 2005 to File Opposition to defendant's Motion for Summary Judgement and its supporting documents by Kofi Asimpi.(Nici, Richard) (Entered: 04/06/2005) |
| 04/01/2005 | 32 | AFFIDAVIT of Kofi Asimpi by Kofi Asimpi. (Nici, Richard) (Entered: 04/06/2005) |
| 04/01/2005 | 33 | REPLY to Response to Motion re 26 MOTION for Summary Judgment filed by Kofi Asimpi. (Nici, Richard) (Entered: 04/06/2005) |
| 04/01/2005 | 34 | STATEMENT of facts. (Nici, Richard) (Entered: 04/06/2005) |
| 04/01/2005 | 35 | plantiff's rebuttal to Defendant's statement as to material facts not in Genuine Dispute by Kofi Asimpi |

| | | |
|---|---|---|
| | | to 25 Statement of facts. (Nici, Richard) (Entered: 04/06/2005) |
| 04/06/2005 | 27 | Plantiff's STATEMENT as to Material facts not in genuine dispute. (Nici, Richard) (Entered: 04/06/2005) |
| 04/11/2005 | | NOTICE of Hearing on Motion 23 MOTION for Summary Judgment, 26 MOTION for Summary Judgment, 17 MOTION for Summary Judgment, 28 MOTION for Summary Judgment, 30 MOTION for Leave to File: Motion Hearing set for 7/20/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 04/11/2005) |
| 05/19/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 31 Motion for Extension of Time to File Response/Reply, nunc pro tunc. (Rynne, Michelle) (Entered: 05/19/2005) |
| 06/15/2005 | | NOTICE of RESCHEDULING Hearing on Motion 23 MOTION for Summary Judgment, 26 MOTION for Summary Judgment, 17 MOTION for Summary Judgment, 28 MOTION for Summary Judgment, 30 MOTION for Leave to File: Motion Hearing reset for 8/5/2005 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/15/2005) |
| 08/05/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing held on 8/5/2005 re 23 MOTION for Summary Judgment f, 26 MOTION for Summary Judgment, 17 MOTION for Summary Judgment, 28 MOTION for Summary Judgment, 30 MOTION for Leave to File. Defendant's motion for summary judgment ALLOWED, Plaintiff's motion for summary judgment DENIED, for reasons state on the record in open court and reflected in the stenographer's notes. (Court Reporter Valerie O'Hara.) (Rynne, Michelle) (Entered: 08/05/2005) |

| 08/05/2005 | 36 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT in favor of Defendant against Plaintiff. (Rynne, Michelle) (Entered: 08/05/2005) |
| --- | --- | --- |
| 09/06/2005 | 38 | NOTICE OF APPEAL. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/26/2005. Petition should be treated as a Notice of Appeal (Attachments: # 1 Part 2)(Nici, Richard) (Entered: 09/14/2005) |
| 09/07/2005 | 37 | TRANSCRIPT of Motion Hearing held on August 5, 2005 before Judge Woodlock. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/07/2005) |