# MANDATE

04-10117
USDC/MA
Woodlock, J

# United States Court of Appeals
## For the First Circuit

No. 05-2465

KOFI ASIMPI,
Plaintiff, Appellant,

v.

RELIEF RESOURCES, INC.,
Defendant, Appellee.

Before

Lynch, Lipez and Howard,
<u>Circuit Judges</u>.

**JUDGMENT**
Entered: May 5, 2006

    We affirm the entry of summary judgment based on the district court's reasoning. Without reaching the question of whether the complaint states a claim at all under Title VII and M.G.L. ch. 151B, no reasonable fact-finder could conclude that Dr. Asimpi was terminated from his employment by Relief Resources, Inc. ("RRI") in retaliation for his having written the March 1998 letter to the Center for Mental Health ("CMH"), which was forwarded to RRI. RRI had received numerous complaints about Dr. Asimpi from facilities other than CMH.

    Moreover, there is no evidence from which a reasonable fact-finder could determine that the letter itself expressed a reasonably objective belief of racial harassment, or that the recipient of the letter, CMH, was motivated by racial harassment in complaining to plaintiff's employer, RRI, about plaintiff.

    The judgment of the district court is <u>affirmed</u> and the appeal is <u>dismissed</u>.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 6/29/06

By the Court:
Richard Cushing Donovan, Clerk.

By:    MARGARET CARTER
      Chief Deputy Clerk.

[cc: Kofi Asimpi, Alan Seewald, Esq., Kristi A. Bodin, Esq.]